1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JOHN SMALLWOOD,                          No.  2:21-CV-0641-DMC-P

12                    Plaintiff,

13          v.                                  ORDER

14    PAUL THOMPSON, et al.,

15                    Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C.

18    § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a

19    District Judge when the case was filed. The parties have not consented to Magistrate Judge

20    jurisdiction and the Court now finds that assignment of a District Judge is necessary to properly

21    address the case.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23    randomly assign a District Judge and to update the docket to reflect the new case number.

24

25    Dated:  April 15, 2021

26                                              _____

                                                DENNIS M. COTA

27                                              UNITED STATES MAGISTRATE JUDGE

28

                                                1