# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMALLWOOD, | No. 2:21-CV-0641-JAM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| PAUL THOMPSON, | |
| Respondent. | |

Petitioner, who is proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 3, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2021, are adopted in full;
2. Respondent's motion to dismiss, ECF No. 9, is granted;
3. Petitioner's motion for injunctive relief, ECF No. 2, is denied;
4. Petitioner's motion for an expedited hearing, ECF No. 8, is denied;
5. This action is dismissed; and
6. The Clerk of the Court is directed to enter judgment and close this file.

Dated: December 22, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE